

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00277-CV

| | | |
|---|---|---|
| J.M., Appellant | § | On Appeal from the 211th District Court |
| | § | of Denton County (16-09602-211) |
| V. | § | March 4, 2021 |
| | § | |
| C.M., Appellee | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant J.M. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth